UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANNON YARBOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-990-G |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The docket in this matter reflects that the attorney representing Plaintiff Shannon Yarbough is Greg Klote, whose office is located in St. Louis, Missouri. As Mr. Klote is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Klote shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.).

IT IS SO ORDERED this 19th day of December, 2023.

CHARLES B. GOODWIN
United States District Judge